IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
2015 OCT 28  P 4: 28
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

| | |
|---|---|
| Scott Kirby Patterson,<br><br>        Plaintiff,<br><br>vs.<br><br>Scott Crowther,<br><br>        Defendant. | NOTICE OF THE APPOINTMENT<br>OF COUNSEL<br><br><br><br>Case No. 2:14 cv 592 DN |

Pursuant to the order of the court of October 22, 2015, The Office of the Federal Defender has agreed to represent the petitioner and enter an appearance.

DATED this 28th day of October, 2015.

                                                D. MARK JONES, CLERK

                                                BY: _____

                                                Louise S. York, Chief Deputy